IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Great Lakes and International Towing & Salvage Company Inc. and St. Marys Cement Inc. (Canada) for Exoneration from or Limitation of Liability<br>-------------------------------------------------------<br>Great Lakes and International Towing & Salvage Company Inc.<br><br>and<br><br>St. Mary's Cement Inc. (Canada)<br><br>      Petitioners/Plaintiffs<br><br>vs.<br><br>Andrea Burton, as Administratrix of the Estate of Roger Burton, deceased<br><br>      Claimant/Defendant and<br>      Third Party Plaintiff<br><br>vs.<br><br>Alen Gorishti<br><br>and<br><br>Fettes Shipping Inc.<br><br>      Third Party Defendants | Case No: 1:17-CV-02116-DAP<br><br>Judge Dan Aaron Polster<br><br><br><br>**NOTICE OF SETTLEMENT** |

Now come the parties, by and through their undersigned counsel, and hereby report to the Court that at the private mediation which transpired on April 12, 2018 a settlement was reached which resolved all claims asserted in this matter. Counsel will file

an appropriate Entry within seven (7) days dismissing this case with prejudice. In accordance with the instructions received from the Court, neither counsel nor their clients will appear at the Case Management Conference scheduled for April 13, 2018 at 8:30 a.m.


/s/ Eric S. Daniel
Eric S. Daniel
Thompson Hine, LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Eric.Daniel@ThompsonHine.com

Attorney for Great Lakes and International Towing
& Salvage Company Inc., St. Marys Cement Inc.
and Fettes Shipping Inc.



/s/ Jarrett J. Northrup
Jarrett J. Northrup, Esq.
Jeffries, Kube, Forrest & Monteleone Co.
26021 Center Ridge Rd., Suite 200
Westlake, OH 44145-4013
jnorthup@jkfmlaw.com

Attorney for Michael Jarvis



/s/ Sandra M. Kelly
Sandra M. Kelly
Ray, Robinson Carle & Davies PLL
Corporate Plaza II
6480 Rockside Woods Blvd. South, Ste. 300
Cleveland, OH 44131
skelly@rayrob.com

Attorney for Alen Gorishti

   /s/ Richard V. Zurz, Jr.
Richard V. Zurz, Jr.
Slater & Zurz, LLP
One Cascade Plaza, Suite 2210
Akron, OH 44308
rzurz@slaterzurz.com

Attorney for Andrea Burton,
As Administratrix

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* was filed electronically this 12th day of April, 2018. Parties will receive notice through the Court's electronic filing system.

/s/ Eric S. Daniel
*One of the Attorneys for Defendant*
*Fettes Shipping Inc.*