IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Great Lakes and International Towing & Salvage Company Inc. and St. Marys Cement Inc. (Canada) for Exoneration from or Limitation of Liability | Case No: 1:17-CV-02116-DAP <br><br> Judge Dan Aaron Polster |
| Great Lakes and International Towing & Salvage Company Inc. <br><br> and <br><br> St. Mary's Cement Inc. (Canada) <br><br> Petitioners/Plaintiffs <br><br> vs. <br><br> Andrea Burton, as Administratrix of the Estate of Roger Burton, deceased <br><br> Claimant/Defendant and Third Party Plaintiff <br><br> vs. <br><br> Alen Gorishti <br><br> and <br><br> Fettes Shipping Inc. <br><br> Third Party Defendants | **JOINT STATUS REPORT** |

Now come Andrea Burton as Administratrix of the Estate of Roger Burton, deceased, Michael Jarvis, Great Lakes and International Towing & Salvage Company Inc., St. Marys Cement Inc. (Canada), Fettes Shipping Inc. and Alen Gorishti, and

pursuant to the Court's Order of April 20, 2018 directing the parties to file a joint status report by noon on May 30, 2018 regarding the status of proceedings before the Stark County Probate Court, state:

1) The parties reached at a private mediation on April 12, 2018 a global settlement which resolved all of the claims asserted in this matter, and also subsequently agreed on the language of Releases. In addition, Michael Jarvis has signed his Release and has received his portion of the settlement funds. The wrongful death settlement relative to the Estate of Roger Burton was conditioned on the approval of the Stark County Probate Court pursuant to Ohio law.

2) The Fiduciary for the Estate of Roger Burton, deceased, has filed with the Stark County Probate Court in the matter of the Estate of Roger Burton, deceased, Stark County Ohio Probate Court Case No. 228238, Judge Dixie Park presiding, the following pleadings requesting approval of the wrongful death settlement:

   - Application To Approve Settlement And Distribution of Wrongful Death And Survival Claims;
   - Supplement To Application To Approve Settlement And Distribution of Wrongful Death And Survivor Claims;
   - Waiver And Consent Wrongful Death And Survival Claims of Andrea Burton (wife), Michael Burton (son), Helen Burton (mother), Larry Burton (brother) and Harold Burton (brother).

3) The Stark County Probate Court has scheduled the hearing to Approve Settlement for June 20, 2018. In addition, counsel for the Fiduciary expects that the Stark

County Probate Court will approve the settlement. Immediately thereafter, the parties will file an Agreed Entry dismissing the subject litigation with prejudice.

4) Accordingly, the parties request a forty-five (45) day extension to file an Agreed Entry dismissing this matter with prejudice.


/s/ Eric S. Daniel
Eric S. Daniel (0078218)
Robert W. Burger (0068539)
Harold W. Henderson (0019056)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
216-566-5500 (Phone)
216-566-5800 (Fax)
Eric.Daniel@ThompsonHine.com
Rob.Burger@ThompsonHine.com
Hal.Henderson@ThompsonHine.com

Attorneys for Great Lakes and International Towing
& Salvage Company Inc., St. Marys Cement Inc. (Canada)
and Fettes Shipping Inc.


/s/ Jarrett J. Northrup
Jarrett J. Northrup, Esq. (0080697)
Michael P. Karst (0091020)
Jeffries, Kube, Forrest & Monteleone Co., LPA
26021 Center Ridge Rd., Suite 200
Westlake, OH 44145-4013
jnorthup@jkfmlaw.com

Attorneys for Michael Jarvis

/s/ Richard V. Zurz, Jr.
Richard V. Zurz, Jr. (0007978)
Michael Schmeltzer (0080340)
Slater & Zurz, LLP
One Cascade Plaza, Suite 2210
Akron, OH 44308
rzurz@slaterzurz.com

Attorneys for Andrea Burton,
As Administratrix of the Estate
Of Roger Burton, deceased


/s/ Sandra M. Kelly
Sandra M. Kelly, Esq. (0037008)
Ray Robinson Law Co., L.P.A.
6100 Oak Tree Blvd., Suite 200
Cleveland, OH 44131
skelly@rayrob.com

Attorney for Alen Gorishti